# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT

OCT 14 2015

B. Wyatt
CLERK
SO. DIST. OF GA.

DAVID THOMPSON, )
*Petitioner*, )
)
vs. ) No. 4:15-cv-00064-LGW-GRS
)
UNITED STATES OF AMERICA, )
*Respondent*. )

## CONSENT ORDER

Presently before the Court is the Consent Motion to Stay Further Proceedings and Appoint Counsel in the Criminal Case, or, in the Alternative, to Reschedule Evidentiary Hearing. Being duly advised, the Court now ORDERS as follows:

1. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the Clerk is directed to appoint Howard W. Anderson III as counsel for David Thompson in *United States v. Thompson*, No. 4:13-cr-00166-GAE-GRS-1.

2. Mr. Anderson is ordered to file a notice of appeal on Mr. Thompson's behalf in the criminal case within 14 days of appointment, to which the United States has agreed to waive all untimeliness objections, as permitted given the non-jurisdictional nature of deadlines for appeals in criminal cases, *United States v. Lopez*, 562 F.3d 1309, 1313 (11th Cir. 2009).

3. The hearing scheduled in this action for November 3, [dkt. 10], is hereby VACATED and all proceedings in this action are STAYED pending further order of the

Court.

4. Counsel shall prepare and file a joint report on the status of the criminal appeal within six months of the date of this Order, or within 14 days of the conclusion of the appeal, whichever is sooner.

So ORDERED this 14TH day of October, 2015.

/s/ G.R. Smith
G.R. Smith
U.S. Magistrate Judge