UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>DAVID THOMPSON,<br>*Defendant*. | )<br>)<br>)<br>) No. 4:13-cr-00166-BAE-GRS-1<br>)<br>)<br>)<br>) |

## ORDER

Presently before the Court is the Defendant's Motion for Permission to Copy PSI Report. Being duly advised, the Court now GRANTS the same. Notwithstanding L. Crim. R. 32.2, defense counsel is authorized to make such copies of the Defendant's presentence investigation report, and any addenda, as may be necessary to prosecute his appeal in this action.

So ORDERED this 23rd day of November, 2015.

For the Court:

_____
U.S. Magistrate Judge

1